**2003–0274. Taylor v. Covey.**

Stark App. No. 2002CA00201, 2002-Ohio-7221. Reported at 98 Ohio St.3d 1566, 2003-Ohio-2242, 787 N.E.2d 1231. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0427. Gruelich v. The Hartford.**

Cuyahoga App. No. 80987, 2003-Ohio-652. Reported at 99 Ohio St.3d 1415, 2003-Ohio-2504, 788 N.E.2d 1098. On motion for reconsideration. Motion denied.

O'CONNOR, J., dissents and would allow on Proposition of Law I only.

**2003–0429. Straughan v. The Flood Co.**

Cuyahoga App. No. 81086, 2003-Ohio-290. Reported at 99 Ohio St.3d 1411, 2003-Ohio-2454, 788 N.E.2d 647. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

O'CONNOR, J., dissents and would hold for the decision in 2003–0302, *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177.

**2003–0446. Workman v. Carlisle Engineered Products, Inc.**

Cuyahoga Apps. No. 81179 and 81211, 2003-Ohio-293. Reported at 99 Ohio St.3d 1415, 2003-Ohio-2504, 788 N.E.2d 1098. On motion for reconsideration. Motion denied.

O'CONNOR, J., dissents.

O'DONNELL, J., not participating.

**2003–0465. Toledo v. Buchanan.**

Lucas App. No. L–02–1010, 2003-Ohio-480. Reported at 99 Ohio St.3d 1412, 2003-Ohio-2454, 788 N.E.2d 647. On motion for reconsideration. Motion denied.

**2003–0517. State ex rel. Glenn v. Cunningham.**

In Mandamus. Reported at 99 Ohio St.3d 1404, 2003-Ohio-2454, 788 N.E.2d 642. On motion for reconsideration. Motion denied.

## DISCIPLINARY CASES

**2002–2237. Disciplinary Counsel v. Baumgartner.**

On June 27, 2003, respondent filed a motion for emergency judicial notice of adjudicative facts and demand for a hearing. Whereas S.Ct.Prac.R. IX(9) prohibits the filing of additional briefs or other materials related to the merits of a case after the case has been orally argued,

IT IS ORDERED by the court, sua sponte, that respondent's motion be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**2003–0795. Bacon v. Donnet.**

Summit App. No. 21201, 2003-Ohio-1301. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.